## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Robert J McGee Jr., et al.
                    Plaintiff,

v.                                      Case No.: 1:25−cv−00600
                                        Honorable Jeffrey I Cummings

Thornton Tomasetti, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: The Court is in receipt of defendants' motion to dismiss [29]. Plaintiff shall respond by 5/14/25 and defendants shall reply by 5/28/25. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing, if appropriate. The 5/7/25 status report deadline stands. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.