**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Robert J McGee Jr., et al.

Plaintiff,

v.                                                      Case No.: 1:25−cv−00600
                                                        Honorable Jeffrey I Cummings

Thornton Tomasetti, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2025:

MINUTE entry before the Honorable Jeffrey I Cummings: Defendants' unopposed motion to stay discovery [36] is granted. Discovery is stayed pending resolution of defendants' motion to dismiss. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.